**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 06, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Andrea Nicole Benavides | |
| Debtor(s) | Case No. 18-52638 G |

ORDER CONFIRMING THE DEBTOR'S CHAPTER 13 PLAN

A hearing having been held pursuant to 11 U.S.C. §1324, no timely objection to confirmation having been filed, the Trustee having recommended confirmation;

**IT IS ORDERED THAT:**

1. The Plan as filed on January 21, 2019 is confirmed, except as to the following modifications:
   N/A

2. The Plan, as confirmed, may be extended to 60 months for cause shown if the applicable commitment period is 36 months.

3. Allowance of Attorney Fees: MALAISE LAW FIRM has requested fees of $3,600.00 of which $1,000.00 was paid to Counsel prior to filing the petition. The balance of $2,600.00 shall be paid by the Trustee pursuant to the Plan.

###

Prepared By:
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460 fax:(210) 824-1328